WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
SYRENA C. HARGROVE, IDAHO STATE BAR 6213
KEVIN T. MALONEY, IDAHO STATE BAR 5095
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
800 PARK BLVD., SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208)

U.S. COURTS

JAN 14 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRIBRAVUS ENTERPRISES, LLC,<br>d.b.a. IFORCE NUTRITION,<br><br>Defendant. | Case No.: CR 11-0018-S BLW<br><br>INFORMATION<br><br>21 U.S.C. § 331(d)<br>21 U.S.C. § 333(a)(2) |

The United States Attorney charges:

### Count One

**Introduction and Delivery for Introduction of Unapproved New Drugs into Interstate Commerce with the Intent to Defraud and Mislead**
**21 U.S.C. §§ 331(d) and 333(a)(2)**

Beginning in approximately July 2007, and continuing until September 24, 2009, Tribravus Enterprises LLC, d/b/a IForce Nutrition, (hereinafter jointly "Tribravus / IForce") knowingly caused to be manufactured and distributed in interstate commerce the purported dietary supplements, "17aPheraFLEX," "Dymethazine," and "Methadrol."

"17aPheraFLEX" contained the synthetic steroid desoxymethyltestosterone, also known as "DMT" and "Madol." "Dymethazine" and "Methadrol" both contained the synthetic steroid methasterone, also known as methasteron and methyldrostanolone, and commonly referred to in

INFORMATION - 1

the industry as "Superdrol." Thus, these products did not qualify as dietary supplements as defined at 21 U.S.C. § 321(ff).

Because Tribravus / IForce intended these products to affect the structure and function of the human body, they were actually drugs, as defined at 21 U.S.C. § 321(g)(1)(c). Moreover, they were also "new drugs" as defined at 21 U.S.C. § 321(p), and lacked the approved New Drug Application required by 21 U.S.C. § 355.

During this time, Tribravus / IForce, acting with the intent to defraud and mislead customers and the federal Food and Drug Administration, delivered for introduction in interstate commerce "17aPheraFLEX," "Dymethazine," and "Methadrol" by shipping these new drugs from California to a retailer's warehouses in Boise, Idaho and causing the shipping of these new drugs from the warehouses in Boise, Idaho to other states.

These actions violated 21 U.S.C. §§ 331(d) and 333(a)(2).

Respectfully submitted this _14th_ day of January, 2011.

                      WENDY J. OLSON
                      UNITED STATES ATTORNEY
                      By:

                      _/s/_
                      WENDY J. OLSON
                      United States Attorney
                      SYRENA C. HARGROVE
                      Assistant United States Attorney
                      KEVIN T. MALONEY
                      Assistant United States Attorney