<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: 5/5/2011
Case No. **1:11-CR-018-BLW**    Deputy Clerk: Jamie Gearhart
Place: Boise                   ESR: Trinidad Diaz
                               Time: 3:38 p.m. - 3:48 p.m.


UNITED STATES OF AMERICA vs TRIBRAVUS ENTERPRISES, LLC

Counsel for United States: Kevin Maloney
Counsel for Defendant: Charles Peterson, Jr.
Probation: Mike Cruserr4

(X) Court reviewed case history
(X) Court's ruling on acceptance of plea agreement - Court accepts
    plea agreement.
(X) Counsel made sentencing recommendations to the Court.
(X) No objections to the presentence report were filed. Presentence
    report and addendum adopted by the Court.

SENTENCE: Defendant is hereby sentenced to a term of Probation of three years.

$125,000 fine is imposed and shall be paid according to the following schedule:

    $1,000 each month 5/5/2011-12/5/2011;

    $3,000 each month 1/5/2012-6/5/2012;

    $4,000 each month 7/5/2012-12/5/2012;

    $50,000 lump sum by 1/5/2013

    $25,000 final payment by 7/5/2013.

This payment schedule will remain in effect unless further reviewed by the Court. A review may take place at any time and will be based upon a change in the defendant's financial circumstances.

The Court finds that the Defendant does not have the ability to pay interest, therefore the interest requirement is waived.

The Defendant shall pay a special assessment fee in the amount of $400.00 which is due immediately. ($400 special assessment fee and first $1,000 fine payment paid prior to the sentencing on 5/5/2011).

While on probation, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

1) The Defendant shall submit to the search of the business upon demand by the probation officer, without the necessity of a warrant, and submit to seizure of any contraband found therein.

2) The Defendant shall provide the probation officer with access to any and all requested financial information.

3) The organization shall make periodic submissions, not less than quarterly, reporting on the organization's financial condition and results of business operations, and accounting for the disposition of funds received.

4) The organization shall comply with the rules and regulations of the Dietary Supplement Health and Education Act, the FDA and/or any agency with regulatory oversight.

5) The organization shall be required to notify the Court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceedings, major civil litigation, criminal prosecution, or any investigation or formal inquiry by governmental authorities regarding the organization.

6) The Defendant shall comply with the Joint Agreement for Testing Procedures outlines in ¶ V.B.4 of the Plea Agreement.


(X) Defendant advised of penalties for violation of terms and
    conditions of probation.

(X) Right to appeal explained.